KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
P.O. Box 558
Spring Branch, TX 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Stacey A. Francis

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON – EUGENE DIVISION

| | |
|---|---|
| Stacey A. Francis,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Experian Information Solutions, Inc.; and DOES 1 through 100 inclusive,<br><br>　　　　　　Defendants. | CASE NO. 6:23-cv-00773-MC<br><br>NOTICE OF INTENT TO SETTLE BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Stacey A. Francis and defendant Experian Information Solutions, Inc., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Experian Information Solutions, Inc. within 90 days once the settlement is finalized.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**SCHUMACHER LANE PLLC**

Dated: August 11, 2023　　　　　　　　　*/s/ Kyle Schumacher*
　　　　　　　　　　　　　　　　　　　　Kyle Schumacher
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff